O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HARTMAN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:17-cv-03448-PA-KES<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 19), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 21). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. (Dkt. 22) The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of the Social Security Administration denying benefits.

DATED: March 14, 2018

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE