JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY HARTMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.  2:17-cv-03448-PA-KES<br><br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 21), the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: March 14, 2018

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE